```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 10983
   DAVID BANKS
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-2577


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/25/2005 and was confirmed 05/05/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 06/05/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
SOUTH SHORE BANK          CURRENT MORTG         .00           .00            .00
SOUTH SHORE BANK          CURRENT MORTG         .00           .00            .00
ALLIED INTERNATIONAL CRE  UNSEC W/INTER NOT FILED             .00            .00
BANK ONE NA               UNSEC W/INTER NOT FILED             .00            .00
CAPITAL ONE BANK          UNSEC W/INTER NOT FILED             .00            .00
CAPITAL ONE BANK          UNSEC W/INTER     1911.25        188.71        1595.34
CAPITAL ONE BANK          UNSEC W/INTER NOT FILED             .00            .00
CAPITAL ONE BANK          UNSEC W/INTER      852.36         84.41         711.47
CBT ASPIRE                UNSEC W/INTER NOT FILED             .00            .00
CBUSASEARS                UNSEC W/INTER NOT FILED             .00            .00
CITIFINANCIAL             UNSEC W/INTER NOT FILED             .00            .00
ROUNDUP FUNDING LLC       UNSEC W/INTER     1764.50        188.94        1472.85
PREMIER BANCARD CHARTER   UNSEC W/INTER      145.82         16.34         121.55
ECAST SETTLEMENT CORP     UNSEC W/INTER     1550.72        152.29        1294.41
UNION ELETRONICS          UNSEC W/INTER NOT FILED             .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     1313.99        140.69        1096.80
RESURGENT CAPITAL SERVIC  UNSEC W/INTER     1967.57        186.14        1642.34
ECAST SETTLEMENT CORP     UNSEC W/INTER     2730.13        258.26        2278.87
ERNESTO D BORGES JR       DEBTOR ATTY       1,900.00                     1,900.00
TOM VAUGHN                TRUSTEE                                         833.24
DEBTOR REFUND             REFUND                                          405.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            14,567.65

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                10,213.63
   INTEREST                               1,215.78

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 10983 DAVID BANKS
```

```
ADMINISTRATIVE                                              1,900.00
TRUSTEE COMPENSATION                                          833.24
DEBTOR REFUND                                                 405.00
                                   ---------------    ---------------
TOTALS                                   14,567.65          14,567.65
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 09/25/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 05 B 10983 DAVID BANKS